No. 00–471.  KENRICK v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 00–473.  SELLERS ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–478.  VIVIT v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 00–5081.  MITCHELL v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 00–5099.  BRUGAL ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–5365.  FLORES-BAUTISTA v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–5375.  ADENIJI v. PERRYMAN.  C. A. 7th Cir.  Certiorari denied.

No. 00–5427.  BORDEN v. ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 00–5428.  RICH v. COOPERVISION, INC., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 00–5599.  PINSON v. DEPARTMENT OF THE ARMY.  C. A. Fed. Cir.  Certiorari denied.

No. 00–5619.  EVANS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–5685.  MARTINEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–5751.  QUEVEDO v. MEAKER.  C. A. 2d Cir.  Certiorari denied.

No. 00–5781.  EVANS v. PRICE.  C. A. 5th Cir.  Certiorari denied.

No. 00–5782.  DONTIGNEY v. ARMSTRONG, COMMISSIONER, CONNECTICUT DEPARTMENT OF CORRECTION.  Sup. Ct. Conn.  Certiorari denied.

No. 00–5783.  GAVIN v. MICHIGAN.  Sup. Ct. Mich.  Certiorari denied.